

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00819-CR

**IN RE** Christopher S. **ORTIZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                    Karen Angelini, Justice
                    Patricia O. Alvarez, Justice

Delivered and Filed:  December 10, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On November 25, 2014, relator Christopher Ortiz filed a pro se petition for writ of mandamus, complaining of the trial court's failure to file and place on the docket relator's motions for post-conviction relief. In 2011, relator was convicted of aggravated sexual assault and no direct appeal of his conviction or sentence was taken to this court.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding "Article 11.07 provides the exclusive

---

[1] This proceeding arises out of Cause No. 2009CR11043, styled *The State of Texas v. Christopher S. Ortiz*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.

means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus. Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH